1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7

JABRIE BENNETT,

Petitioner,

8

9

v.

10

JEFF LYNCH,

Respondent.

11

Case No. 20-cv-05675-WHO

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 1

United States District Court
Northern District of California

12

13      Petitioner Jabrie Bennett, a prisoner of the State of California, filed a habeas corpus

14  petition pursuant to 28 U.S.C. § 2254. Dkt. No. 1. Petitioner has paid the $5.00 filing fee. His

15  petition sets forth one claim challenging the constitutionality of his conviction in state court:

16  violation of Petitioner's Fourteenth Amendment right to equal protection when the trial court

17  denied his motion pursuant to *Batson v. Kentucky*, 476 U.S. 79 (1986), regarding a dismissed

18  Black juror.

19      This claim, when liberally construed, is cognizable and potentially meritorious. Good

20  cause appearing, Respondent is hereby ordered to show cause why the petitioner should not be

21  granted.

22      To facilitate resolution of this case, it is further ordered as follows:

23      1. Petitioner shall serve Respondent and Respondent's attorney, the Attorney General

24         of the State of California, with a copy of this order and the petition with all

25         attachments.

26      2. Consistent with Habeas Local Rule 2254-6, Respondent shall file with the Court

27         and serve on Petitioner, within 60 days of service of the petition and this order, an

28         answer conforming in all respects to Rule 5 of the Rules Governing Section 2254

1    Cases, showing cause why a writ of habeas corpus should not be granted based on

2    the claims found cognizable herein.  Respondent shall file with the answer and

3    serve on Petitioner a copy of all portions of the state trial record that have been

4    transcribed previously and that are relevant to a determination of the issues

5    presented by the petition.

6    3.  If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with

7        the court and serving it on Respondent within 30 days of the date the answer is

8        filed.

9    4.  Respondent may file, within 60 days, a motion to dismiss on procedural grounds, in

10       lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the

11       Rules Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner

12       shall file with the court and serve on Respondent an opposition or statement of non-

13       opposition within 30 days of the date the motion is filed, and Respondent shall file

14       with the Court and serve on Petitioner a reply within 14 days of the date any

15       opposition is filed.

16   **IT IS SO ORDERED.**

17   Dated: January 4, 2021



William H. Orrick
United States District Judge

United States District Court
Northern District of California

2